# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Red-D-Arc, Inc., a Nevada Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Pro Tank Products, Inc., a North Dakota corporation, | ) | Case No. 1:17-cv-072 |
| | ) | |
| Defendant. | ) | |

On June 30, 2020, the court issued an order directing plaintiff to file a report updating it on the status of this action. (Doc. No. 11). On August 3, 2020, plaintiff filed a status report, advising:

> Red-D-Arc submits the following status report to the Court. In doing so it incorporates by reference the status report filed by Red-D-Arc with this Court on May 20, 2019, along with the Order of the United States Bankruptcy Court, District of Montana attached to the May 20, 2019 status report.
>
> Red-D-Arc was unable to retrieve its equipment due to severe storm damage to the equipment. It has recently initiated an action in Montana Fifteenth Judicial District Court, Sheridan County, Case No. DV-46-2019-42 against Pro Tank Products insurance agency, Deshaw Agency Inc. As a result, Red-D-Arc will dismiss its action in this Court.

(Doc. No. 12). Approximately seven months have passed with no apparent activity since plaintiff filed its last report. Consequently, the court directs plaintiff to file another report by March 26, 2021, further updating it on the status of this matter. If it is still plaintiff's intent to dismiss this action, then it should file the appropriate motion.

**IT IS SO ORDERED.**

Dated this 11th day of March, 2021.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court